IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

    Plaintiff,                      No. CIV S-04-1594 LKK DAD P

    vs.

WARDEN T. FELKER, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with this civil rights action.  The defendants filed an answer to plaintiff's complaint on April 1, 2005.  Before the court is an untitled document filed October 7, 2005, in which plaintiff states that he is dismissing this case voluntarily.

        The Federal Rules of Civil Procedure permit a plaintiff to dismiss an action without order of court by filing a notice of dismissal at any time before the defendants serve an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1).  The filing of defendants' answer on April 1, 2005, precludes plaintiff from dismissing this action "save upon order of the court and upon such terms and conditions as the court deems proper."  Fed. R. Civ. P. 41(a)(2).  Plaintiff's filing will be construed as a request for voluntary dismissal pursuant to Rule 41(a)(2), and defendants will be granted an opportunity to respond.

1  Good cause appearing, IT IS HEREBY ORDERED that defendants shall notify
2 the court, within ten court days, whether they have any objection to the dismissal of this action
3 without prejudice. If defendants do not respond within ten court days, plaintiff's October 7, 2005
4 request for voluntary dismissal will be granted pursuant to Fed. R. Civ. P. 41(a)(2).
5 DATED: October 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
smit1594.59a