IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

        Plaintiff,                    No. CIV S-04-1594 LKK DAD P

    vs.

WARDEN T. FELKER, et al.,

        Defendants.           <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has requested that this civil rights action be dismissed. Defendants have filed a statement of non-opposition to voluntary dismissal of the action without prejudice. Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 7, 2005 request for voluntary dismissal is granted;

        2. Plaintiff's applications, requests, and motions filed April 19, 2005 (#16 and #18); May 4, 2005 (#21 and #23); June 23, 2005 (#27); July 13, 2005 (#29); and August 31, 2005 (#34) are denied as moot;

        3. Defendants' August 29, 2005 request for extension of time (#32) is denied as moot; and

1

1        4. This action is dismissed without prejudice pursuant to Rule 41(a)(2) of the
2   Federal Rules of Civil Procedure.
3   DATED: October 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6   DAD:13
    smit1594.59